```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GAETANO D'ATTORE,
                                    :
           Plaintiff,               :    ORDER
     -against-                      :    10 Civ. 815 (JSR)(MHD)
NEW YORK CITY et al.,               :
                                    :
           Defendants.
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/10

It is hereby **ORDERED** that an initial conference to be conducted by telephone has been scheduled in the above-captioned action on **THURSDAY, JULY 22, 2010, at 10:00 A.M.** at which time defense counsel is directed to initiate a call to plaintiff and then call chambers at (212)805-0204 when both parties are on the line. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
       **July 1, 2010**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Mr. Gaetano D'Attore
#241-07-06114
Northern Infirmary Command Center
Dorm 2-A
1500 Hazen Street
East Elmhurst, NY 11370

Lisa M. Richardson, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007