```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
GAETANO D'ATTORE,                   :
                                    :
              Plaintiff,            :
                                    :
         -v-                        :    10 Civ. 815 (JSR)
                                    :
CITY OF NEW YORK, et al.,           :
                                    :    ORDER
              Defendants.           :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

     On October 17, 2011, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court deny plaintiff's motion for default judgment. By letter dated October 20, 2011, plaintiff submitted his objections to the Report and Recommendation. Accordingly, the Court has reviewed the petition and the underlying record de novo.

     Having done so, the Court finds itself in complete agreement with Magistrate Judge Dolinger's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court denies plaintiff's motion for default judgment.

     SO ORDERED.

                                                           JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 8, 2012